Michael Hofbauer
1000 Country view Ln. (IIH)
Toledo, OH 43615

Clerk of Court
United States District Court
Northern District of Ohio
James M. Ashley & Thomas WL Ashley U.S Court house
1716 Spielbusch Ave  Toledo, OH 43604