**Michael Hofbauer** 1000 Country View Ln, Unit 11H Toledo, OH 43615
mhofbauerclaims@gmail.com

**February 9, 2026**

**TO:** Clerk of Court U.S. District Court, Northern District of Ohio 1716 Spielbusch Ave Toledo, OH 43604

**RE: Supplemental Filing for Complaint of Michael J. Hofbauer (Mailed Jan 26, 2026)**

Dear Clerk of Court,

On or about January 26, 2026, I submitted a *pro se* Complaint for Violation of Civil Rights (42 U.S.C. § 1983) along with an Application to Proceed *In Forma Pauperis*.

Enclosed, please find the **JS 44 Civil Cover Sheet** required to complete the administrative initiation of this case. I respectfully request that this document be associated with my previously mailed filing and that a case number be assigned at your earliest convenience.

Thank you for your assistance with this matter.

Sincerely,

**Michael J. Hofbauer, Pro Se**